CLERKS COURT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

JAMES DARREN PERKINS
PLAINTIFF

V

Christopher Lane
(Whitted (?) ... to a town
council ... Defendant)

1:24-cv-887-JRS-TAB

CLERK OF COURT

Can you please make any necessary copies to District Court please and Thank you so much

CERTIFICATE OF SERVICE

543 2ND ST COLUMBUS IN 47201

5-20-2024        James Perkins

LAWSUIT

* Thank you to the clerk of US District Court

America Jurisprudence Structure of our Constitution should not let people tell people NO on Representating there self on 9 count of law

(Footnote Plus Plaintiff) as Contingent

Followup My Name is James D Perkins I'm Being held in The Bartholemew CO Jail in Columbus, IN and I'm Scared of not Being able to exercise my different rights Being held Incarcerated Behind Bars my different rights as I'am my own lawyer I am Sueing on this law suit for only 65 thousand This is not right all I Know is my life is Coming up (JURY TRIAL) and I can't even get No papers Copied No phone calls It IS my right to Be able to do this my 2 Cases cause #'s are 03C01-2308 - F6 4154
03C01-2306 - F6 2910
If you will look them up you will see I Speak the truth

5-20-2024          James Perkins

Bartholomew CO. Jail
543 2ND ST Columbus, IN

US DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
DISTRICT OF INDIANAPOLIS

5-20-2024

PLAINTIFF James D Perkins

V

Christopher Lane Bartholomew co jail

PLAINTIFF    Comes Now James D Perkins in his official capacity as a inmate in the Bartholomew County jail files this 65 thousand dollar law suit for reasons further stated

REASON FOR FILING

#1 Reason filing this class action lawsuit Ignorence of the law is no excuse Christopher lane, and the Bartholomew County dues not and has not Cared numerous times I've Told staff, and grieved, and told every I I have Jury trial Coming up I am my own Counsil I have no lawyer Im going Pro-se (propera PeSONA)

# I am NOT A partiament IN any ton teen Skeme an limited Libality with enjoined venture with a prophet to violate one's civil rights, on Being own lawyer

# what is one's life worth I have depositions phone calls alot of Counsil work to do But instead its always NO and my Jury trial is coming up

HOW MUCH RELIEF    The 65 Thousand dollars is Penny's Compared to one citizen life trying to Represent his self in or arbitrary and compress jurisprudence

II. Defendant Christopher Lane, and Bartholomew Co Jail have violated 42 United States Code 1983 to plaintiff James Perkins Mr Perkins has had so many violations under this council issue due process

Plaintiff James A Perkins has not failed to exhaust remedies on any claims His 6th Amendment has been violated as well. The 6th Amendment has fundamental rights through criminal process Being locked up (incarcerated) certain procedures and safeguards have been violated