UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES DARRIN PERKINS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:24-cv-00887-JRS-TAB |
| CHRISTOPHER LANE, | ) ) ) |
| Defendant. | ) ) |

## FINAL JUDGMENT

The Court now enters FINAL JUDGMENT. This action is now dismissed.

Date: 3/20/2025

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _Samantha Burmester_
Deputy Clerk, U.S. District Court

Distribution:

JAMES DARRIN PERKINS
134460
BRANCHVILLE - CF
BRANCHVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
21390 Old State Road 37
BRANCHVILLE, IN 47514